**Slip Op. 01-19**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                        :
THE TORRINGTON COMPANY,                 :
                                        :
        Plaintiff,                      :
                                        :
        v.                              :   Court No. 99-08-00461
                                        :
UNITED STATES,                          :
                                        :
        Defendant,                      :
                                        :
SKF USA INC. and SKF GmbH;              :
FAG KUGELFISCHER GEORG SCHAFER AG        :
and FAG BEARINGS CORPORATION,           :
                                        :
        Defendant-Intervenors.          :
_____:

## JUDGMENT

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, Torrington Co. v. United States, 24 CIT ___, 116 F. Supp. 2d 1206 (2000) ("Remand Results"), and Commerce having complied with the Court's remand order and no responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on October 30, 2000 are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

                              _____
                              NICHOLAS TSOUCALAS
                              SENIOR JUDGE

Dated:    February 23, 2001
          New York, New York